IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRAD ANTONIO BATES,

    Appellant,

v.

Case No.  5D23-385
LT Case No. 16-1996-CF-013920

STATE OF FLORIDA,

    Appellee.
_____/

Decision filed March 28, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

W. Charles Fletcher, of Law Office of
W. Charles Fletcher, Jacksonville, for
Appellant.

Ashley Moody, Attorney General,
and Robert Charles Lee, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., MAKAR and WALLIS, JJ., concur.